# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No.    20MJ4022 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | <u>COMPLAINT FOR VIOLATION OF:</u> |
| | ) | Title 8, USC 1324(a)(1)(A)(ii) |
| | | Transportation of Illegal Aliens |
| | ) | |
| John SANDERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The undersigned complainant being, duly sworn, states:

On or about September 18, 2020, within the Southern District of California, defendant John SANDERS, with the intent to violate the immigration laws of the United States, knowing or in reckless disregard of the fact that certain aliens, namely, Saul GASPAR-Perez, Gabriel GOMEZ-Gonzalez, and Francisco Salvador VARGAS-Vargas, had come to, entered and remained in the United States in violation of law, did transport and move, said aliens within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii).

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT

Wesley Cornue

Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON SEPTEMBER 21, 2020.

*William V. Gallo*

WILLIAM V. GALLO
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
**John SANDERS**

### PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

The complainant states that Saul Gaspar-perez, Gabriel Gomez-gonzalez, and Francisco Salvador Vargas-vargas, are citizens of a country other than the United States; that said aliens have admitted that they are deportable; that their testimony is material, that it is impracticable to secure their attendance at the trial by subpoena; and they are material witnesses in relation to this criminal charge and should be held or admitted to bail pursuant to Title 18, United States Code, Section 3144.

On September 18, 2020, Border Patrol Agent G. Toups and his partner Supervisory Border Patrol Agent B. Beales were conducting assigned line watch duties in the Brown Field Border Patrol Station's area of responsibility.

At approximately 7:00 AM, Agent Beales noticed that there was a large dust cloud emanating from a road commonly known to Border Patrol agents as "South Grapevine." This road is located in a very high traffic area for illegal alien crossing and smuggling. There is only one residence on "South Grapevine" and it is very uncommon to see any vehicles on this road other than the residents that live there. "South Grapevine" connects State Route 94 to the primary border road at the International Boundary between Mexico and the United States. Agent Toups and Agent Beales immediately encountered a dark gray Ford F-250 bearing a California license plate. As agents were approaching the vehicle head on, the driver of the F-250 saw them and attempted to swerve around a tree but had nowhere to go. Immediately, the passenger door, the two rear doors, and the door to the camper shell opened, and many individuals began running into the creek bed down below. Agent Toups exited his vehicle and ordered the driver of the F-250, later identified as defendant John SANDERS, to shut it off and exit. This area is located approximately one and one half miles north of the United States/Mexico International Border and one and one half miles west of the Tecate, California Port of Entry.

Once SANDERS and the vehicle were secure, Agent Toup observed multiple individuals still sitting inside the bed of the F-250. Agent Beales stayed with SANDERS and the other individuals in the F-250 while Agent Toups searched for the individuals that had absconded into the creek bed. Agent Toups was able to locate all of the individuals that ran into the creek bed.

Agent Toups conducted an immigration inspection on 26 individuals, later identified as material witnesses Armando AYALA-Villasenor, Brigido CALDERON-Perez, Miguel CAMACHO-Mora, Angel Gabino CARRILLO-Guerrero, Daniel CHAVEZ-Santana, Pablo DE JESUS-Ladino, Antonio DOLORES-Ojeda, Rutilo DUARTE-Gonzalez, Luis David FLORES-Lopez,

**CONTINUATION OF COMPLAINT:**
**John SANDERS**

Saul GASPAR-Perez, Gabriel GOMEZ-Gonzalez, Angel Luis GOMEZ-Lopez, Brenda
LOPEZ-Villa, Juan MADRIGAL-Grayton, Alvaro MARTINEZ-Camacho, Juan Jesus
OCTEGA-Santana, Jose Salud PEREZ-Lopez, Tomas REMIGIO-Mecida, Alberto Jesus
SALTO-Mondragon, Paulino SEGUNDO-Duran, C.T.A., Salvado Francisco VARGAS-Vargas,
Juan Fausto VAZQUEZ-Nieto, Jose VILLA-Senol Hererra, Felix Augustin ZARCO-Santoyo,
and Alejandro ZARCO-Santoyo. All 26 individuals stated that they are citizens of Mexico
without immigration documents allowing them to enter or remain in the United States legally.

At approximately 7:10 AM, Agent Toups placed the 26 material witnesses and defendant
SANDERS under arrest.

Material witnesses Saul GASPAR-Perez, Gabriel GOMEZ-Gonzalez, and Francisco Salvador
VARGAS-Vargas admitted to being citizens of Mexico illegally present in the United States.
All three material witnesses stated smuggling arrangements were made, and that they agreed to
pay between $8,000 and $10,000 USD to be smuggled into the United States. All three material
witnesses stated that they crossed with a large group of people and waited on the side of the
road to be picked up. GASPAR stated that someone in the group had mentioned to him that
they were going to be picked up by a truck. All three material witnesses stated a gray truck
with a camper shell stopped to pick them up and everyone that was waiting got into the truck.

**Executed on  September 19, 2020 at 11:00 AM.**

Wesley Cornue
Border Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of two page(s), I
find probable cause to believe that the defendant named in this probable cause statement
committed the offense on September 18, 2020, in violation of 8 USC 1324(a)(1)(A)(ii).

WILLIAM V. GALLO
United States Magistrate Judge

Date/Time **11:25, Sep 19, 2020**